# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    PHILIP D. REINFORD, | : | Chapter 7 |
|    MONICA S. REINFORD, | : | |
| | : | Bky. No. 08-15120 ELF |
|    Debtor. | : | |
| | : | |
| | : | |
| EDWARD RONALD SCHNABLE, JR. | : | |
| | : | Adv. No. 10-0218 |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PHILIP D. REINFORD, | : | |
| MONICA S. REINFORD, | : | |
| | : | |
|    Defendants. | : | |
| | : | |

## O R D E R

**AND NOW,** upon consideration of the Defendant's Motion to Dismiss Adversary Proceeding ("the Motion") (Adv. Doc. # 13) and the Plaintiff's response thereto (Adv. Doc. # 22), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. The Plaintiff is **GRANTED** leave to file an Amended Complaint **on or before November 4, 2010**.

4. The Motion of the Chapter 7 Trustee to Intervene and to Dismiss the Complaint for Failure to State a Claim is **DENIED WITHOUT PREJUDICE**.

Date:  October 7, 2010

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:     Edward Ronald Schnable
        Federal Correctional Institution McKean
        60209-066
        PO Box 8000
        Bradford, PA 16701-0980