**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **PHILIP D. REINFORD,** | : | **Chapter 7** |
| **MONICA S. REINFORD,** | : | |
| | : | **Bky. No. 08-15120 ELF** |
| **Debtor.** | : | |
| | : | |
| _____ | : | |
| | : | |
| **EDWARD RONALD SCHNABLE, JR.** | : | |
| | : | **Adv. No. 10-0218** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **PHILIP D. REINFORD,** | : | |
| **MONICA S. REINFORD,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

# O R D E R

**AND NOW,** upon consideration of the Defendants' Motion to Dismiss Adversary

Proceeding ("the Motion") (Adv. Doc. # 31) and the Plaintiff's response thereto (Adv. Doc. #

33), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED**

that:

1. The Motion is **GRANTED**.

2. With respect to the Plaintiff's claim against the Defendants for money damages, the

    Complaint is **DISMISSED** for lack of subject matter jurisdiction.

3. With respect to the Plaintiff's claim against the Defendants requesting the imposition of a

    constructive trust, the Complaint is **DISMISSED**.

4.  Dismissal of the Complaint is **WITHOUT LEAVE TO AMEND** the Amended Complaint.

5.  The Clerk shall **ADMINISTRATIVELY CLOSE** this adversary proceeding.

**Date:   January 11, 2011**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:     Edward Ronald Schnable
        Federal Correctional Institution McKean
        60209-066
        PO Box 8000
        Bradford, PA 16701-0980